PS8
(04/23)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. Jasmyn Romo                        Docket No. 17-20489-14

### Petition for Action on Conditions of Pretrial Release

COMES NOW Andrea E. Jarois, Pretrial Services Officer, presenting an official report on defendant Jasmyn Romo, who was placed under pretrial release supervision on a $10,000.00 unsecured bond by United States Magistrate Judge Elizabeth A. Stafford, sitting in the court at Detroit, Michigan, on June 21, 2019, under the following conditions:

1. Report as directed to Pretrial Services.
2. Continue or actively seek employment.
3. Travel restricted to the Central District of California and Eastern District of Michigan, for Court and attorney visits only.
4. Not use or unlawfully possess a narcotic drug or other controlled substance, unless prescribed by a licensed medical practitioner.
5. Submit to testing as directed by Pretrial Services.
6. Participate in substance abuse treatment as directed by Pretrial Services.
7. Maintain residence at the bond address provided to Pretrial Services and do not move without prior permission of Pretrial Services.

### Respectfully presenting petition for action of court and for cause as follows:

The defendant is being supervised by a Pretrial Services Officer in the Central District of California. Since commencing bond, the defendant has submitted to eleven prior positive drug screens that have been reported to the Court via Status Memos dated August 8, 2022, October 21, 2022, December 19, 2022, and January 20, 2023. From July 2022 to January 2023, the defendant has tested positive for marijuana, cocaine, Opiates and Fentanyl.

On October 31, 2022, the defendant began a long-term methadone maintenance program (BAART Programs). The program consisted of daily methadone dosing, random urinalysis testing, and monthly counseling sessions. The defendant participated in both individual and group counseling with the program. However, the defendant was not consistent with her treatment attendance which was noted via prior Status Memos submitted to the court on December 19, 2022, and January 20, 2023.

On January 18, 2023, the defendant was admitted into an inpatient detoxification program at CRI-Help, Inc., located in North Hollywood, California. On January 26, 2023, she completed detoxification and was admitted into the inpatient residential program. On March 21, 2023, the defendant was successfully discharged from the program and began an intensive outpatient treatment program with South Bay Family Recovery Center in Gardena, California.

On March 21, 2023, the defendant reported to the Riverside, California Probation Office after being discharged from her inpatient treatment program. She submitted to a drug test which returned confirmed positive for cocaine. The defendant denied the use of the substance.

On April 14, 2023, the defendant reported to the Riverside, California Probation Office and submitted to a drug test which returned presumptive positive for ecstasy (MDMA). She admitted to using ecstasy on April 13, 2023.

On April 13, 2023, the defendant was arrested by the Los Angeles Police Department on misdemeanor charges of Solicit for Prostitution, Ticket No.: J86270. According to the Pretrial Services Officer in the Central District of California, she is scheduled to appear in court for the matter on May 4, 2023. The defendant admitted to working as a dancer/stripper at private parties, as well as soliciting since her release from inpatient substance abuse treatment. The defendant initially denied having any police contact when questioned by Pretrial Services. She has failed to provide a copy of the ticket from her arrest despite being directed to do so on multiple occasions.

There have been further notes that the defendant has failed to report as directed to Pretrial Services, previously failing to appear for scheduled appointments with her Pretrial Services Officer or showing up hours late. Recently, it was noted on March 30, 2023, the defendant failed to report to the Riverside Probation Office to submit to a drug screen. This appointment was scheduled due to the defendant failing to provide a sample for a drug screen during a home contact on March 29, 2023. On April 14, 2023, the defendant arrived two hours late to her scheduled appointment with her Pretrial Services Officer.

Pretrial Services believes the defendant's escalating behavior and continued drug use is placing both the community and the defendant herself in danger. Therefore, Pretrial Services recommends a warrant be issued, bond cancelled, and a revocation of pretrial release be ordered.

**PRAYING THAT THE COURT WILL ORDER THE CANCELLATION OF BOND WITH REVOCATION OF PRETRIAL RELEASE, AND A WARRANT BE ISSUED FOR THE DEFENADNT'S ARREST.**

**UPON EXECUTION OF THE WARRANT, DEFENDANT IS TO BE TAKEN BEFORE A MAGISTRATE JUDGE FOR A DETENTION HEARING.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 19, 2023

Respectfully,

s/Andrea E. Jarois

Andrea E. Jarois
U.S. Pretrial Services Officer
Place: Detroit, Michigan
Date: April 19, 2023

**THE COURT ORDERS:**

[ ]   No Action

[ ]   Modification of Pretrial Conditions as Requested

[ ]   Bond Review Hearing and defendant to appear before the Judge assigned to the case on [date] at [time].

[ ✓ ]   The Issuance of a Warrant [check one of the below]
    [ ✓ ]   Defendant to appear before the Judge assigned to the case
    [ ]   Defendant to appear before the Duty Magistrate Judge

[ ]   The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[ ]   Other

ORDER OF COURT

Considered and ordered this 20th day of April, 2023 and ordered filed and made a part of the records in the above case.

Terrence G. Berg
United States District Judge